UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA NICOLE BRADFORD, | No. 2:21-cv-01093-CKD P |
| Petitioner, | |
| v. | ORDER |
| MICHAEL PALLARES, | |
| Respondent. | |

Petitioner is a state inmate proceeding through counsel in this habeas corpus action filed pursuant to 28 U.S.C. § 2254. On June 20, 2021, petitioner filed a mixed habeas corpus application containing both exhausted and unexhausted claims for relief. ECF No. 1. Contemporaneously, petitioner also filed a motion for a stay and abeyance pursuant to Rhines v. Weber, 544 U.S. 269 (2005). ECF No. 2. On August 31, 2021, respondent filed a statement of non-opposition to the motion. ECF No. 9. Based on the agreement of the parties and for good cause shown, the court grants petitioner's motion for a stay and abeyance of this proceeding. In so doing, the court expresses no opinion on the timeliness of the habeas corpus petition.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion to stay these proceedings pursuant to Rhines v. Weber, 544 U.S. 269 (2005), (ECF No. 2), is granted based on good cause shown.

2. The Clerk of Court is directed to administratively close this case.

1

3. Petitioner is directed to file a status report with the court every 6 months indicating what efforts she has taken to properly exhaust her claims in state court.

4. Upon the completion of state habeas review, petitioner is directed to file a motion to lift the stay within 30 days from the date of any decision by the California Supreme Court.

5. Petitioner's failure to file the status reports or to properly exhaust her state court remedies will result in a sua sponte order lifting the stay of this case.

6. The deadline for filing respondent's answer to the pending habeas corpus petition is vacated.

7. A briefing schedule will be set upon the exhaustion of petitioner's state court remedies with respect to Claims 5-10 in the pending habeas corpus application.

Dated:  September 1, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/brad1093.stay.no.opp.docx