UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA NICOLE BRADFORD, | No. 2:21-cv-01093-CKD |
| Petitioner, | |
| v. | ORDER |
| MICHAEL PALLARES, | |
| Respondent. | |

Petitioner is a state prisoner proceeding through counsel in this habeas corpus action filed pursuant to 28 U.S.C. § 2254. On September 2, 2021, the court stayed this case pursuant to Rhines v. Weber, 544 U.S. 269 (2005). ECF No. 10. As part of the order staying this case, petitioner was directed to file status reports every six months indicating what efforts she has taken to properly exhaust her claims in state court. ECF No. 10 at 2. Although petitioner filed a status report on August 1, 2022, indicating that state court proceedings had been initiated, petitioner has not filed any further status reports with this court. ECF No. 11. Therefore, the court will order petitioner to show cause in writing why the stay of this case should not be lifted.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner shall show cause in writing within 30 days from the date of this order why the stay of this case should not be lifted. Such response shall include a copy of any state court decision resolving petitioner's state habeas corpus petition as well as the

status of any pending state habeas corpus petition.

2. The failure to respond within the time provided will result in the stay of this action being lifted and an answer to the § 2254 petition by respondent being ordered.

Dated: March 14, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/brad1093.osc.lift.stay

2