UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA NICOLE BRADFORD, | No. 2:21-cv-01093-CKD |
| Petitioner, | |
| v. | ORDER |
| MICHAEL PALLARES, | |
| Respondent. | |

Petitioner is a state prisoner proceeding through counsel in this habeas corpus petition filed pursuant to 28 U.S.C. § 2254. After petitioner's counsel failed to respond to this court's March 14, 2024 order to show cause or respondent's July 9, 2024 motion to dismiss, the court determined that California State Bar records indicate that petitioner's counsel is deceased. See https://tinyurl.com/3bbhtwrs. The court takes judicial notice of this information contained in the California State Bar records. See Fed. R. Evid. 201 (Judicial Notice of Adjudicative Facts). As a result, the court will terminate petitioner's counsel and modify the docket to reflect petitioner's pro se status. All subsequent court orders will be served directly on petitioner at the Central California Women's Facility, P.O. Box 1508, Chowchilla, CA 93610.

Petitioner shall complete and return an application to proceed in forma pauperis in order for the court to determine whether counsel should be appointed for the limited purpose of obtaining her prior counsel's legal file and providing her a copy of it.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall terminate petitioner's counsel of record in this action, modify the docket to reflect petitioner's pro se status, and send petitioner a one-time courtesy copy of the docket sheet along with an in forma pauperis form used in this district.

2. Within 14 days from the date of this order, petitioner shall complete and return the affidavit in support of her request to proceed in forma pauperis if she needs assistance in obtaining her prior counsel's legal file.

3. Respondent is directed to serve a copy of the pending motion to dismiss (ECF No. 14) and all state court records that were lodged in this case (ECF No. 15) directly on petitioner at the Central California Women's Facility.  Within 14 days from the date of this order, respondent is directed to file a Certificate of Service indicating the date and manner in which these documents were served on petitioner.

4. If petitioner does not return the in forma pauperis form within the time provided, the court will reset the briefing schedule on the pending motion to dismiss.

Dated:  08/20/24

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/brad1093.csl.dth+ifp