UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA NICOLE BRADFORD, | No. 2:21-cv-01093-CKD |
| Petitioner, | |
| v. | ORDER |
| MICHAEL PALLARES, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se in this habeas corpus action filed pursuant to 28 U.S.C. § 2254. Currently pending before the court is petitioner's motion to proceed in forma pauperis. ECF No. 20. The court finds that petitioner is indigent and therefore grants the motion. After reviewing the docket in this case, the court further finds that the interests of justice warrant appointing counsel to petitioner for the limited purpose of locating and obtaining a copy of her file or any copies of relevant state court records that may still exist from the law practice of her former counsel who is now deceased. See 18 U.S.C. § 3006A(a)(2)(B).

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion to proceed in forma pauperis (ECF No. 20) is granted.

2. The court finds that the interests of justice warrant appointing petitioner counsel for the limited purpose of locating and obtaining petitioner's file and any copies of relevant state court records from the law practice of her former counsel.

    3. The court hereby designates Carl Fabian, Esquire as counsel for petitioner for the limited purpose described in this order. The Clerk of Court shall update the docket to add Mr. Fabian, 3232 4th Ave, San Diego, CA 92103-5702, as an additional party in this matter.

    4. Appointed counsel is entitled to receive reasonable compensation for expenses incurred while representing petitioner in this matter, and may contact Kurt Heiser, the CJA Panel Administrator at the Federal Public Defender's Office, for information on reimbursement for said expenses.

    5. The appointment of counsel will terminate upon the filing of a notice with the court indicating what materials, if any, were located and a certificate of service indicating when they were provided to petitioner.

    6. The briefing schedule on the pending motion to dismiss will be reset after appointed counsel has filed the notice.

    7. The Clerk of Court is further directed to serve a courtesy copy of this order on Kurt Heiser of the Federal Public Defender's Office.

Dated: September 18, 2024

_[signature]_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/brad1093.ifp+csl