UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA NICOLE BRADFORD,<br><br>Petitioner,<br><br>v.<br><br>MICHAEL PALLARES,<br><br>Respondent. | No. 2:21-cv-1093-CKD P<br><br><br><br>ORDER |

Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. In light of the complexity of the issues involved, the court has determined the interests of justice require appointment of counsel. See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

Accordingly, IT IS HEREBY ORDERED as follows:

1. The Federal Defender is appointed to represent petitioner.

2. The Clerk of the Court shall serve a copy of this order on the Federal Defender, Attention: Habeas Appointment.

3. Petitioner's counsel shall contact Carl Fabian, who served as limited purpose appointed counsel, to make arrangements for receiving relevant records and documents.

4. Within 30 days from the date of this order, petitioner's counsel shall file any motion for a stay and abeyance for the purpose of exhausting claims in the pending petition; if no motion

1

for a stay and abeyance is filed at the conclusion of 30 days, then the court will re-set the briefing schedule on respondent's pending motion to dismiss.

    5. The Clerk of the Court is directed to serve a copy of this order on the office of the Federal Defender.

Dated: April 24, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, brad1093.110a

2