HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ANN C. McCLINTOCK, CA Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone:   (916) 498-5700
Facsimile:    (916) 498-5710

Attorneys for Petitioner
JESSICA NICOLE BRADFORD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JESSICA NICOLE BRADFORD,<br><br>             Petitioner,<br><br>v.<br><br>MICHAEL PALLARES,<br><br>             Respondent. | Case No. 2:21-cv-1093-CKD P<br><br>**[PROPOSED]** ORDER<br>Judge: Hon. Carolyn K. Delaney |
|---|---|

**O R D E R**

GOOD CAUSE APPEARING, it is HEREBY ORDERED that Petitioner JESSICA NICOLE BRADFORD's unopposed extension of time is granted. The Petitioner's Notice and Motion for a Stay and Abeyance for the purpose of exhausting claims in the pending petition shall be filed by July 23, 2025.

IT IS SO ORDERED.

Dated: May 22, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, brad1093.stip0723

-1-